■ Louise Ramunno, Respondent-Appellant, v Paul Ramunno, Appellant-Respondent. [937 NYS2d 662]—

Memorandum: Plaintiff commenced this action seeking a determination that the parties' Antenuptial Agreement is null and void on the grounds of duress and overreaching. Following a hearing, Supreme Court properly determined that defendant's threat to cancel the wedding unless plaintiff signed the agreement does not amount to duress (*see Colello v Colello*, 9 AD3d 855 [2004]), and that the circumstances surrounding the execution of the agreement do not support a finding of overreaching (*see Darrin v Darrin*, 40 AD3d 1391, 1393 [2007], *lv dismissed* 9 NY3d 914 [2007]; *Cron v Cron*, 8 AD3d 186 [2004], *lv dismissed* 7 NY3d 864 [2006], *lv denied* 10 NY3d 703 [2008]). The court erred, however, in sua sponte determining that plaintiff could not, prior to the marriage, waive her right to equitable distribution of defendant's pension (*see Strong v Dubin*, 75 AD3d 66, 72-73 [2010]; *see generally* Domestic Relations Law § 236 [B] [3] [2]), or her right to maintenance (*see generally* § 236 [B] [3] [3]). We therefore modify the order accordingly. Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.